No. State 161. MEUNIER, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 47.)

ERROR to review a judgment entered May 2, 1972, and an order entered October 9, 1972, of the circuit court for Calumet county: EDMUND P. ARPIN, Circuit Judge.

Criminal law. Burglary. Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg,* state public defender, and *Ruth S. Downs,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.

Judgment and order affirmed.

No. State 204. LESTER, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 47.)

ERROR to review a judgment of the circuit court for Dane county entered May 7, 1973: WILLIAM C. SACHTJEN, Circuit Judge.

Searches and seizures. Narcotics and controlled substances. Possession. Marijuana. Probable cause for issuance of warrant and seizure of evidence.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and *Richard M. Sals,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Steven B. Wickland,* assistant attorney general.

Judgment affirmed.